IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTY A. SNAIR and JAMIE L. SNAIR, | CIVIL DIVISION |
| Plaintiffs, | Docket No. : 1:18-cv-00333 |
| vs. | Docket No. : 1:18-cv-00376 |
| SPEEDWAY LLC, | |
| Defendant. | |

-------------------------------------------------------

MONTY A. SNAIR and JAMIE L. SNAIR,

    Plaintiffs,

vs.

SHIELDS FACILITIES MAINTENANCE,

    Defendant.

vs.

SAUER SNOWPLOWING & LAWN CARE, LLC,

    Third-Party Defendant.

**ORDER OF COURT**

AND NOW, this __2nd__ day of May 2019 it is hereby ordered that the cases filed at Docket No. 1:18-CV-00333 and Docket No. 1:18-cv-00376 are consolidated under Docket No. 1:18-cv-00333 for purposes of discovery and trial.

BY THE COURT:

_Susan Paradise Baxter_____ J.