IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTY A. SNAIR and JAMIE L. SNAIR, | CIVIL DIVISION |
| Plaintiffs, | Docket No. :  Consolidated at 1:18-cv-00333 |
| vs. | |
| SPEEDWAY LLC, | |
| Defendant. | |

-----------------------------------------------------------

MONTY A. SNAIR and JAMIE L. SNAIR,

       Plaintiffs,

  vs.

SHIELDS FACILITIES MAINTENANCE,

       Defendant,

  vs.

SAUER SNOWPLOWING & LAWN CARE, LLC,

       Third-Party Defendant.

*JOINT MOTION TO EXTEND*
*CASE MANAGEMENT DEADLINES*

       Plaintiffs, Monty A. Snair and Jamie L. Snair, by and through their attorneys, Emerald N. Williams, Esquire, and Woomer & Talarico, LLC; Defendant, Speedway LLC, by and through its attorney, Rebecca Sember Iszak, Esquire; Shields Facilities Maintenance, by and through its attorney, Stephen Plonski, Esquire; and Sauer Snowplowing & Lawn Care, LLC, by and through its attorney, Samantha Farrell, Esquire, and file the within Joint Motion to Extend Case Management Deadlines, as follows:

1. In the above entitled action, Plaintiffs allege that Defendant, Speedway LLC failed to take any steps to eliminate a dangerous, hazardous, unsafe and defective condition characterized as snow and ice at the Speedway location in Barkeyville, Pennsylvania, which caused Plaintiff, Monty Allen Snair, to slip and fall on December 13, 2016 and sustain personal injuries and related damages.

2. Plaintiffs filed a second lawsuit against Shields Facilities Maintenance prior to the expiration of the Statute of Limitations alleging that Defendant, Shields Facilities Maintenance, had a duty to remove snow and ice from the premises, which it failed to do.

3. In the second lawsuit, Defendant Shields added Third-Party Defendant Sauer Snowplowing & Lawn Care, LLC by Complaint filed January 28, 2019.

4. Subsequently, a Joint Motion to Consolidate both lawsuits for the purpose of discovery and trial was filed and granted.

5. On October 29, 2019, counsel for Third- Party Defendant Sauer filed a Joint Motion requesting that the discovery deadline be extended to January 31, 2020.

6. On March 26, 2020, this Honorable Court issued an Order rendering the October 29, 2019 Motion moot, and issued a separate Order setting the deadline for filing Motions for Summary Judgment for April 27, 2020.

7. All counsel have been diligently involved in conducting discovery on this case, however there have been issues that caused delays.

8. Plaintiff, Monty Snair, was hospitalized for an extended period of time in 2018, after this lawsuit had been initiated, making it difficult to conduct depositions.

9. Due to the extensive, ongoing treatment that Plaintiff was undergoing, it took quite some time to obtain the necessary medical records.

10. It is believed that all written discovery has been exchanged.

11. Plaintiff noticed the deposition of John Sauer, the owner of Third- Party Defendant Sauer, to take place December 16, 2019. However, counsel for Defendant Sauer encountered a conflict and the deposition had to be postponed.

12. The deposition of Nancy Cockrell, a representative of Shields Facility Maintenance, was taken on February 17, 2020.

13. The depositions of Plaintiffs, Monty and Jamie Snair, were taken on February 28, 2020.

14. Despite the progress counsel has made to complete discovery, there are still depositions that need to occur, including the depositions of Defendant John Sauer, and Speedway employees, Cassandra Jackson, Tramee Boyce and John Welch.

15. Due to COVID-19, all counsel have discussed conducting the depositions remotely, are in agreeance, and are in the process of securing dates for these depositions to occur.

16. Therefore all parties are respectfully requesting that the case management deadlines be extended as follows:

> Fact Discovery completed by May 29, 2020;
>
> Motions for Summary Judgment due June 29, 2020
>
> Reponses to Motions for Summary Judgment due July 10, 2020

WHEREFORE, Plaintiffs, Monty A. Snair and Jamie L. Snair; Defendant, Speedway LLC; Defendant, Shields Facilities Maintenance; and Third Party Defendant, Sauer Snowplowing & Lawn Care, LLC, respectfully request that the within Motion be GRANTED and the Court sign the attached Order.

JURY TRIAL IS DEMANDED.

| | |
|---|---|
| Woomer & Talarico, LLC | Thomas, Thomas & Hafer LLP |
| | |
| BY: /s/ Emerald N. Williams_____<br>    Emerald N. Williams<br>    **Attorney for Plaintiffs**<br>    PA I.D. # 321183<br>    2945 Banksville Road, Suite 200<br>    Pittsburgh, PA 15216-2749<br>    Tele # (412) 388-0848 | BY: /s/ Rebecca Sember Iszak_____<br>    Rebecca Sember Iszak<br>    **Attorney for Speedway LLC**<br>    PA I.D. # 74584<br>    525 William Penn Place<br>    37th Floor, Suite 3750<br>    Pittsburgh, PA 15219<br>    Tele # (412) 697-7403 |
| | |
| Margolis Edelstein | Robb Leonard Mulvihill |
| | |
| BY: /s/ Stephen P. Plonski_____<br>    Stephen P. Plonski<br>    **Attorney for Shields Facilities Maintenance**<br>    PA I.D. # 85073<br>    535 Smithfield Street, Suite 1100<br>    Pittsburgh, PA 15222 | BY: /s/ Samantha D. Farrell_____<br>    Samantha D. Farrell<br>    **Attorney for Sauer Snowplowing & Lawn Care**<br>    PA I.D. # 313999<br>    BNY Mellon Center<br>    500 Grant Street, Suite 2300<br>    Pittsburgh, PA 15219 |